UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF VETERAN AFFAIRS,<br><br>*Defendant*. | Civil Action No. 20-2416 (BAH) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

 /s/ *Matthew Strugar*
MATTHEW STRUGAR
D.C. Bar #1010198
Law Office of Matthew Strugar
3435 Wilshire Boulevard Suite 2910
Los Angeles, CA 90010
(323) 696-2299
Matthew@matthewstrugar.com

*Counsel for Plaintiff*

Dated:  January 22, 2021

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
(202) 803-1572
Kathleene.molen@usdoj.gov

*Counsel for Defendant*